**D. Samuel NEILL; Boyd B. Massagee, Jr.; Ervin W. Bazzle; Jeffrey P. Hunt; Margaret M. Hunt, Plaintiffs—Appellees,**

v.

**Thomas W. HILL; Thomas W. Hill Family Trust, Defendants— Appellants.**

No. 03–1676.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 6, 2003.

Decided Nov. 10, 2003.

Thomas W. Hill, pro se.

W. Scott Jones, Long, Parker, Warren & Jones, P.A., Asheville, North Carolina, for Appellees.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Affirmed in part and dismissed in part by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Thomas W. Hill appeals from a district court order remanding the case to state court, instituting a filing injunction, denying declatory relief, and denying the motion for recusal. We have reviewed the record and the district court's memorandum opinion. Insofar as Hill appeals from the remand order, we dismiss. See 28 U.S.C. § 1447(d) (2000). We affirm the remaining appeal on the reasoning of the district court. See Neil v. Hill, No. CA–03–127 (W.D.N.C. filed May 30, 2003; entered June 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART; DISMISSED IN PART*